UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SHAWN MICHAEL SCHUSTER and PRAIRIE ECHO ROSE SCHUSTER, | 4:25-CV-04084-RAL |
| Plaintiffs, | |
| | JUDGMENT OF DISMISSAL |
| vs. | |
| BRIAN SHERMER, | |
| Defendant. | |

Based on the Opinion and Order Granting Plaintiffs' Motion for Leave to Proceed In Forma Pauperis and 1915 Screening, it is

ORDERED, ADJUDGED AND DECREED that under Rules 54 and 58 of the Federal Rules of Civil Procedure judgment without prejudice is entered against Plaintiffs Shawn Michael Shuster and Prairie Echo Rose Schuster.

DATED January 28ᵗʰ, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE